Appeal No. 13511 from Judgment dated February 7, 1989; Timothy E. Ervin, Ruling Judge, Union County Chancery Court.
Will R. Ford, New Albany, for appellants.
Mike C. Moore, Atty. Gen., James T. McCafferty, III, Sp. Asst. Atty. Gen., Roger H. McMillin, Jr., Sumners Carter Trout & McMillin, New Albany, for appellees.
Before ROY NOBLE LEE, C.J., and ROBERTSON and SULLIVAN, JJ.
Affirmed.
HAWKINS and DAN M. LEE, P.JJ., and PRATHER, ANDERSON, PITTMAN and BLASS, JJ., concur.